UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO. 3:22-cv-03951-TKW-EMT

**ASHLEY BODIN**, and all others similarly
Situated under 29 U.S.C. § 216(b),

    Plaintiff(s),
    v.

**TCR LOGISTICS CORPORATION, and
JEAN DIEDERICKS**,

    Defendants.
_____/

## JOINT NOTICE OF RESOLUTION OF D.E. 22

Plaintiff, ASHLEY BODIN and TRAVON HORTON ("Plaintiffs"), and Defendants, TCR LOGISTICS CORPORATION and JEAN DIEDICKS ("Defendants") (Plaintiffs and Defendants hereinafter collectively referred to as "the Parties") by and through undersigned counsel, notify this Honorable Court as follows:

Currently pending before the Court is Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to 29 U.S.C. 216(b). *See* D.E. 22. The Parties have conferred regarding the relief sought within D.E. 22 and have reached an agreement. The Parties agree to the Court granting conditional certification of Plaintiff's claims under the Fair Labor Standards Act ("FLSA") and

further agree to the facilitation of Court-authorized notice to members of the putative collective comprised of current and former delivery drivers employed by Defendants within the past three (3) years. As part of their agreement, the Parties have conferred on the content and scope contained in the notice, which is attached hereto as Exhibit A. The Parties respectfully request for the Court to Grant D.E. 22 and to send notice as set forth in more detail in Exhibit A.

**Dated: August 11, 2022**

Respectfully Submitted,

| | |
|---|---|
| /s/ Jake S. Blumstein | /s/ Michael B. Kelly |
| **JORDAN RICHARDS, ESQ.** | **MICHAEL B. KELLY, ESQ.** |
| Florida Bar No. 108372 | Florida Bar No. 115345 |
| **JAKE S. BLUMSTEIN, ESQ.** | **Cole, Scott & Kissane, P.A** |
| Florida Bar No. 1017746 | 890 S. Palafox St. Ste. 200 |
| **USA Employment Lawyers - Jordan Richards PLLC** | Pensacola, FL 32502 |
| 1800 SE 10th Ave. Suite 205 | Tel: (850) 483-5900 |
| Fort Lauderdale, FL 33316 | Michael.kelly@csklegal.com |
| Telephone:  (954) 871-0050 | Jacob.landreth@csklegal.com |
| jordan@jordanrichardspllc.com | zaray.avino@csklegal.com |
| jake@jordanrichardspllc.com | Attorneys for Defendants |
| Attorneys for Plaintiffs | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on August 11, 2022.

By: */s/* Jake S. Blumstein
JAKE S. BLUMSTEIN, ESQ.
Florida Bar No. 1017746

## SERVICE LIST:

**Michael B. Kelly, Esq.**
Florida Bar No.: 115345
**Jacob W. Landreth, Esq.**
Florida Bar No.: 1032262
COLE, SCOTT & KISSANE, P.A.
890 South Palafox Street, Ste. 200
Pensacola, Florida 32502
Telephone: (850) 483-5900
Email: Michael.Kelly@csklegal.com
Email: jacob.landreth@csklegal.com
Email: zaray.avino@csklegal.com
*Attorneys for Defendant*