UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO. 3:22-cv-03951-TKW-EMT

ASHLEY BODIN, and all others similarly
Situated under 29 U.S.C. § 216(b),

    Plaintiff(s),
v.

TCR LOGISTICS CORPORATION, and
JEAN DIEDERICKS,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to 29 U.S.C. 216(b) and the Parties Joint Notice of Resolution of D.E. 22. The Court is fully advised of the premises. Accordingly, it is

ORDERED and ADJUDGED as follows:

The Plaintiffs' Motion for Conditional Certification and for Court-Authorized Notice Pursuant to 29 U.S.C. 216(b) is hereby GRANTED as follows:

(1) conditional certification is hereby granted in the above styled action as a collective action under Section 216(b) of the Fair Labor Standards Act for the following 2 collectives:

> **Training Collective**: All Delivery Drivers who worked for TCR Logistics Corporation or Jean Diediericks during the previous 3-years who were not paid overtime wages during their training period;

**Small Vehicle Collective**: All Delivery Drivers who worked for TCR Logistics Corporation or Jean Diediericks during the previous 3-years who were ever required to operate a motor vehicle which weighed less than 10,000 pounds without receiving overtime wages.

(2) Plaintiff, ASHLEY BODIN, is hereby appointed as the Representative of each Collective with authority to negotiate and appear at settlement conferences and mediations on behalf of each class;

(3) attorneys Jordan Richards, Esquire, Jake Blumstein, Esquire and Jordan Richards PLLC are hereby appointed as counsel for the Collectives;

(4) the Court hereby Orders production from the Defendants, within 20 calendar days of this Order, of a complete list, electronically in an Excel spreadsheet, of each and every Delivery Driver listed alphabetically from "A" to "Z" – with their last known home address and email address in a separate field corresponding with each name – who was ever employed as a Delivery Driver by Defendants within the past three years;

(5) Plaintiff's counsel is hereby authorized to send by U.S. Mail or E-Mail a Court-Approved Notice to all such persons about their rights to opt-in to this collective action by filing a Consent to Join Lawsuit (in the forms attached hereto and incorporated herein as **Exhibit A**);

(6) Plaintiffs' counsel shall not contact the putative class member by telephone to ensure that Notice is received. However, to the extent that a Notice is returned to Plaintiffs' counsel because the address and/or email are incorrect, Plaintiffs' counsel is permitted to use a skip-trace and to resend Notice to the putative Plaintiffs by mail or email, provided that this is completed within the opt-in period set forth herein;

(7) the putative class under 216(b) is hereby given 90 days from the date the Notice is sent to file their consents to join the case, pursuant to Section 216 of the FLSA;[1]

DONE and ORDERED this 12th day of August 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

---

[1] 29 U.S.C. § 216(b).

# Notice of Collective Action Lawsuit and Opportunity to Join

**THIS NOTICE MAY AFFECT YOUR RIGHTS**

**IF YOU CURRENTLY WORK, OR HAVE WORKED, AS A DELIVERY DRIVER FOR TCR LOGISTICS CORPORATION or JEAN DIEDERICKS DURING THE PREVIOUS 3-YEARS AND WERE NOT PAID OVERTIME WAGES DURING YOUR TRAINING PERIOD;**

**OR**

**IF YOU CURRENTLY WORK, OR HAVE WORKED, AS A DELIVERY DRIVER FOR TCR LOGISTICS CORPORATION or JEAN DIEDERICKS DURING THE PREVIOUS 3-YEARS AND WERE REQUIRED TO OPERATE A VEHICLE WHICH WEIGHED LESS THAN 10,000 POUNDS WITHOUT RECEIVING OVERTIME WAGES.**

- The purpose of this notice is to inform Delivery Drivers in Florida that a lawsuit has been filed against TCR Logistics Corporation and Jean Diedericks (collectively "TCR Logistics") in the United States District Court for the Northern District of Florida, for failure to pay overtime wages in violation of the Fair Labor Standards Act ("FLSA"). *See Ashley Bodin, et.al. v. TCR Logistics Corporation & Jean Diedericks, N.D. Fla. Case No. 3:22-cv-03951-TKW-EMT.* You may access the lawsuit by searching any of the Parties' names on Pacer.gov within the Northern District of Florida.

- Ms. Bodin alleges that TCR Logistics and Jean Diedericks failed to pay her overtime wages because she was misclassified under the FLSA. Ms. Bodin alleges she worked more than forty (40) hours per week and did not receive overtime wages during her training period or during weeks when she operated vehicles which weighed less than 10,000 pounds, in violation of the Fair Labor Standards Act ("FLSA").

- Ms. Bodin brought her lawsuit on behalf of herself and other former and present Delivery Drivers who are similarly situated. The Court has not yet ruled on whether the Defendants violated federal law. However, you may be able to join the case as an opt-in Plaintiff.

- Your options are explained in this notice. To be included in this lawsuit your "consent to sue" (sample attached) must be mailed or emailed to Ms. Bodin's attorneys, USA Employment Lawyers - Jordan Richards, PLLC by [this date]. Ms. Bodin's attorneys' contact information is located on **pages 4, 5 and 7** of this notice. The Consent to Sue form that you are required to complete and submit is located on **page 8** of this notice.

1

- Other employees have already joined this case, and you are entitled to do so pursuant to federal law. Moreover, Defendants **are legally prohibited** from threatening you or otherwise retaliating against you for participating in this case.

| **YOUR LEGAL RIGHTS AND OPTIONS IN THIS COLLECTIVE ACTION** ||
|---|---|
| **(Brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201-216)** ||
| ASK TO BE INCLUDED | **Join in the Lawsuit & Complete the consent to sue Form:** <br><br> By signing and returning a consent to sue form, you join the collective action as a party and may receive money or benefits that may result from settlement or a final hearing. |
| DO NOTHING | **Do Not Join the Lawsuit.** <br><br> By doing nothing, you retain your legal rights to bring a separate action against Defendants for any failure to abide by the Fair Labor Standards Act. If money or benefits are later awarded in this case, you will not share in them. If you choose to do nothing, you will also retain your right to sue the company with a lawyer of your own choosing. |

## BASIC INFORMATION

### 1. Why did I get this Notice?

Records indicate that you are or were a Delivery Driver for Defendants during the previous three (3) years. The claims Ms. Bodin alleges against the Defendants in her Amended Collective Action Complaint were filed on March 16, 2022 on behalf of all former and current Delivery Drivers who worked for Defendants in Florida. United States District Court Judge T. Kent Wetherell, II is overseeing the litigation, which is entitled: *Ashley Bodin, et.al. v. TCR Logistics Corporation & Jean Diedericks*, N.D. Fla. Case No. 3:22-cv-03951-TKW-EMT.

### 2. What is a collective action and who is involved?

This litigation is brought as a collective action under the Fair Labor Standards Act ("FLSA") by Ms. Bodin for herself and those "similarly situated" to her who choose to join the case. **You are not currently part of this collective action. To join this case and seek overtime wages from**

**TCR Logistics, your "consent to sue" form must be sent to Ms. Bodin's attorneys by [this date].** If it is determined that an individual's claim is precluded by the applicable statute of limitations, a two-year or three-year time limit to bring Fair Labor Standards Act claims, or that an individual is not "similarly situated" to Ms. Bodin, any such claims may be dismissed or severed from this lawsuit.

| |
|---|
| *3.     Why is this a collective action?* |

The FLSA is a federal law that permits this kind of lawsuit to be filed as a "collective action," which permits one or more individuals to start a lawsuit, and for other "similarly situated" individuals to join the case to pursue their claims together. The Court overseeing this case has approved that this Notice be sent to you as someone who is potentially similarly situated to Ms. Bodin so that you may decide whether or not to join the case and seek overtime wages.

## THE CLAIMS IN THE LAWSUIT

| |
|---|
| *1.     What is the lawsuit about?* |

Ms. Bodin claims that the Defendants violated the FLSA by failing to pay her overtime wages. Ms. Bodin claims she is owed overtime wages during certain weeks when she was misclassified as exempt. Ms. Bodin specifically alleges that she is entitled to overtime wages for all of the hours she worked above 40 in any workweek when she: (1) drove vehicles weighing less than 10,000 pounds; and (2) during her training period. Ms. Bodin is seeking back pay, liquidated (or double) damages and attorney's fees and costs for herself and all other Delivery Drivers who worked in Florida on or after March 16, 2019.

Defendants deny any wrongdoing and believe that all delivery drivers were compensated in accordance with all applicable laws. Specifically, Defendants contend that delivery drivers were not entitled to overtime because they believe they were exempt under the FLSA.

| |
|---|
| *2.     Has the Court decided who is right?* |

The Court has not yet ruled on whether Defendants violated Federal law. Ms. Bodin must prove the claims at a final trial unless the case is settled. *See* "THE TRIAL" section, below.

| |
|---|
| *3.     What is Ms. Bodin asking for?* |

Ms. Bodin is asking for overtime wages at the rate of time-and-one-half for any of the time she alleges she was required to work in excess of 40 hours a week during the following weeks: (1) training periods; and (2) during any weeks when she operated a vehicle which weighed less than 10,000 pounds. Ms. Bodin is also seeking double / liquidated damages and will petition for Defendants to pay for all of her legal fees and costs.

3

| 4. | *Am I a part of this collective action?* |
|---|---|

**NO, you are not currently a part of this collective action. In order to join this collective action you must complete the "consent to sue" form (sample attached on page 8) and promptly send it to Ms. Bodin's attorneys by [this date].**

| 5. | *Which former and current employees are included?* |
|---|---|

All current and former Delivery Drivers who worked in Florida since March 16, 2019 are potential members of the case.

**However, as discussed above, in order to join this collective action your "consent to sue" form (sample attached on page 8) must be completed and sent to Ms. Bodin's attorneys by [this date].**

| 6. | *Will joining the lawsuit create problems in my current or former employment relationship with Defendants* |
|---|---|

No. Federal law prohibits Defendants from discriminating or retaliating against you in any way because of your decision to participate in this litigation.

| 7. | *I'm still not sure if I am included?* |
|---|---|

If you are still not sure whether you are included, you can get free help by calling or writing to the lawyers representing Ms. Bodin in this case. The attorneys representing Ms. Bodin and other Delivery Drivers are Jordan Richards, Esq. and Jake Blumstein, Esq. The lawyers representing Ms. Bodin and other Delivery Drivers can be reached by phone at **(954) 871-0050**, and by email at **Jordan@USAEmploymentLawyers.com** and/or **Jake@USAEmploymentLawyers.com**.

### YOUR RIGHTS AND OPTIONS

| 1. | *How do I join this collective action?* |
|---|---|

**In order to join, or "opt in" to this collective action, you must sign a "Consent to Sue" form and send it to Ms. Bodin's attorneys by [this date]. You may send the completed "Consent to Sue" form to USA Employment Lawyers – Jordan Richards PLLC, 1800 SE 10th Ave. Suite 205, Fort Lauderdale, Florida 33316.** Your "Consent to Sue" form may also be submitted by e-mailing it to Info@USAEmploymentLawyers.com or Jake@USAEmploymentlawyers.com. Returning the completed forms on time does not guarantee that you will be paid any particular amount of money. A sample "Consent to Sue" form is attached to this notice on page 8.

4

| 2. *What are the effects of joining this lawsuit?* |
|---|

By joining this collective action, you may receive money in the form of overtime wages and liquidated damages from the Defendants. If you join this collective action and you are entitled to money from Defendants, either as a result of settlement or a final trial, you will be notified. Keep in mind that if you join this collective action now, regardless of whether the Plaintiffs win or lose, you will not be able to sue or continue to sue Defendants as a part of any other lawsuit about the same claims that are the subject of this Lawsuit.

If you decide to join this action, you will be bound by any orders or judgment rendered in this case, whether it is favorable or unfavorable. By agreeing to participate in this case, you may be required to provide information, sit for depositions, and testify at a final hearing. Although you do not have to pay Defendants' attorneys' fees if you lose, you may have to pay a portion of their litigation costs. By signing and returning the "Consent to Sue" form attached to this notice, you are agreeing to be bound by Ms. Bodin's decisions concerning this litigation, the method and manner of conducting this litigation, the fee agreement between Ms. Bodin and her attorneys, and all other matters relating to this lawsuit.

| 3. *What are the effects of not joining this lawsuit?* |
|---|

If you choose to not join this collective action, you do not need to take any affirmative steps. If you decide not to participate in this case, you will not get any money from it, even if the Plaintiffs obtain money as a result of settlement or a trial. If you do not join this lawsuit, you will not be legally bound by the Court's orders and judgments in this collective action. You may be able to sue on your own, to the extent permitted by law. If you already have an identical or similar FLSA overtime wage suit against the Defendants, and want to continue it, you should not join this collective action. If you want to initiate your own individual lawsuit against the Defendants regarding these claims, you should not join this lawsuit. If you choose not to participate in this lawsuit, you should consider talking to a lawyer soon, because your claims may be subject to the statute of limitations.

## **YOUR LEGAL REPRESENTATION IF YOU JOIN**

| 1. *Do I need a lawyer in this case?* |
|---|

The law firm USA Employment Lawyers – Jordan Richards, PLLC currently represents Ms. Bodin and other Delivery Drivers in this lawsuit and offers to represent all current and former Delivery Drivers who want to participate in the litigation. More information about USA Employment Lawyers – Jordan Richards, PLLC, its practice and experience is available on the internet at www.usaemploymentlawyers.com or by calling **954-871-0050**.


| 2. | *May I use my own lawyer?* |
|---|---|

If you wish, you may participate in this lawsuit by retaining the services of a lawyer of your own choosing. If you decide to participate in this suit through another attorney, your attorney must file a separate lawsuit.

| 3. | *How will the lawyers be paid?* |
|---|---|

If USA Employment Lawyers - Jordan Richards, PLLC obtains money for individuals who join this collective action lawsuit, they may petition the Court for an award of attorney fees and costs to be paid by the Defendants on your behalf. The fees retained by the attorneys will be either the amount received from Defendants as ordered by the Court, or by the contingency fee arrangement with Ms. Bodin and her attorneys, whichever is greater. A copy of the contingency fee agreement executed by Ms. Bodin and the law firm USA Employment Lawyers - Jordan Richards, PLLC may be obtained upon request.

## **THE TRIAL**

**The Court has not scheduled a final trial to decide who is right in this case**

| 1. | *How and when will the Court decide who is right?* |
|---|---|

If the case is not resolved by settlement or through other legal filings, Plaintiffs will be required to prove their claims at a jury trial. A trial date has not yet been selected. During the trial, the Court will allow the Parties to present all of the evidence to help the jury reach a decision about whether the Plaintiffs or the Defendants are right about the claims in the case.

| 2. | *Do I have to come to the trial?* |
|---|---|

If the case goes to a trial, you may have to provide written or oral testimony about your claims. Ms. Bodin's attorneys at USA Employment Lawyers – Jordan Richards, PLLC will present the case for the Plaintiffs and the Defendants will present their own defense through their respective counsel.

| 3. | *Will I get paid after a trial?* |
|---|---|

If your consent to sue is sent to USA Employment Lawyers – Jordan Richards, PLLC by [this date], and you are entitled to receive money from the Defendants for your claims, you will be notified. There is no guarantee that Defendants will pay, even if Plaintiffs prevail. We do not currently know how long this might take but we anticipate that it will last less than 4 days.

6

| 4. *Are more details available?* |
|---|

Please do not call the Court for assistance. Any question or requests for further information about this notice or lawsuit should be directed to the Plaintiffs' attorneys whose information is displayed below:

**Jordan Richards, Esq.**
**Jake Blumstein, Esq.**
**USA Employment Lawyers - Jordan Richards, PLLC**
**1800 SE 10th Ave. Suite 205**
**Fort Lauderdale, Florida 333016**
**Ph: (954) 871-0050**
**Jordan@USAEmploymentLawyers.com**
**Jake@USAEmploymentLawyers.com**

**Any and all conversations with Plaintiffs' attorneys are confidential and privileged and cannot be used against you.**

Defendants are represented by Cole, Scott & Kissane P.A. You may get in contact with Defense counsel by calling Michael B. Kelly at 850-483-5930. Mr. Kelly's email is Michael.Kelly@csklegal.com. **Please keep in mind that any conversation with Mr. Kelly or Cole, Scott & Kissane P.A can be used against you in the lawsuit and are not confidential or privileged.**

**This Notice does not represent, and should not be construed to represent endorsement or approval by the court of the merits of Plaintiffs' claims or your claims against Defendants.**

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA.**

**DO NOT CONTACT THE COURT WITH QUESTIONS REGARDING THIS NOTICE.**

## **CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT**

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"),

1. I consent and agree to pursue claims for compensation arising out of my employment as a delivery driver for TCR LOGISTICS CORPORATION and JEAN DIEDERICKS ("Defendants") in connection with this case, *Ashley Bodin, and all others similarly situated, v. TCR Logistics Corporation and Jean Diedericks, N.D. Fla. Case No. 3:23-cv-03951-TKW-EMT.*

2. I work/worked as a Delivery Driver for Defendants from approximately _____ until _____.

3. During periods of my employment within the past 3 years, Defendants paid me for eight (8) hours for each day of work, regardless of the number of hours I actually worked. Defendants failed to pay me overtime wages for some of my hours worked over forty (40) during my employment period, including during weeks when I was in training and/or weeks when I drove vehicles weighing less than 10,000 pounds.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et. seq. I wish to assert a claim against the Defendants and hereby consent and opt-in to this lawsuit. I agree to be bound to any judgment or decision or any settlement of this action.

5. I hereby designate the firm of USA Employment Lawyers – Jordan Richards PLLC, located at 1800 SE 10th Ave. Suite 205, Fort Lauderdale, Florida 33316, to represent me for all purposes in this action.

6. In the event this action is decertified, I authorize USA Employment Lawyers – Jordan Richards PLLC, to re-use this consent form to re-file my claims in a separate or related action against the Defendants.

_____
Full Legal Name

_____
Signature

_____
Date

## Client Information Sheet
### (To be Returned to Plaintiffs' Counsel with your Consent to Sue Form)

Full Name: _____

Address: _____
_____

Phone Number(s): _____
_____

Email: _____

Job Title for Defendants: _____

Working Location (city & state): _____

Work Schedule: _____
_____

Supervisor Name: _____

Estimated Dates of Employment: _____

Estimated Hours of Work Per Week: _____

**THIS INFORMATION IS FOR PLAINTIFF'S COUNSEL ONLY AND <u>WILL NOT</u> BE MADE PUBLIC**

9