UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ASHLEY BODIN**,

    **Plaintiff**,

v.   Case No. 3:22cv3951-TKW-ZCB

**TCR LOGISTICS CORPORATION**
and **JEAN DIEDERICKS**,

    **Defendants**.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

This Fair Labor Standards Act case is before the Court based on the parties' joint motion for approval of collective settlement agreement (Doc. 56). Upon due consideration of the motion, and after scrutinizing the settlement agreement attached to the motion for fairness as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the Court finds that the settlement reached by the parties is a fair and reasonable resolution of a bona fide dispute over the collective's entitlement to overtime compensation. Accordingly, it is **ORDERED** that:

1. The joint motion for approval of collective settlement agreement is **GRANTED**, and the settlement agreement is **APPROVED**.

2. This case is **DISMISSED with prejudice** and the Clerk shall close the case file.

**DONE and ORDERED** this 12th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**